**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In Re:** | |
| **Deron V. Truman** | BK No.: 18-29847 |
| **Deborah J. Nash** | Chapter 13 |
| | **Honorable Judge Jacqueline P. Cox** |
| **Debtors** | |

## NOTICE OF MOTION

To:    *See attached service list*

    PLEASE TAKE NOTICE that on **August 26, 2019 at 9:00 a.m.,** I shall appear before Honorable Judge Jacqueline P. Cox at the Everett McKinley Dirksen Building, 219 South Dearborn, Courtroom 680, Chicago, IL 60604 or any judge presiding and then and there present the attached motion, a copy of which is attached hereto.

                              By:    /s/ Jill Sidorowicz
                                       Jill Sidorowicz #6299380

## CERTIFICATE OF SERVICE

    I, Jill Sidorowicz, hereby certify that I caused to be served, electronically or through United States Mail, a copy of the foregoing Notice of Motion upon the parties named below on August 16, 2019 before the hour of 5:00 p.m. from the office located at 105 West Adams Street, Suite 1800, Chicago, IL 60603.

                              By:    /s/ Jill Sidorowicz
                                         Jill Sidorowicz #6299380
                                         Noonan & Lieberman, Ltd.
                                         105 West Adams Street, Suite 1800
                                         Chicago, Illinois 60603
                                         P: (312) 605-3500
                                         F: (312) 605-3501
                                         NL File: 1889-170

## SERVICE LIST

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
**Service via ECF**

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
**Service via ECF**

**David M Siegel**
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
**Service via ECF**

**Deron V. Truman**
10922 Church St
Chicago, IL 60643
**Service via US Mail**

**Deborah J. Nash**
10922 Church St
Chicago, IL 60643
**Service via US Mail**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | |
| Deron V. Truman<br>Deborah J. Nash | BK No.: 18-29847<br>Chapter 13<br>Honorable Judge Jacqueline P. Cox |
| Debtors | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY, OR IN THE ALTERNATIVE,
MOTION TO DISMISS**

McCormick 105, LLC (the "Movant"), by and through its attorney, Jill Sidorowicz, of the law firm of Noonan & Lieberman, Ltd., hereby moves this Court, pursuant to Section 362 of the United States Bankruptcy Code, 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 10922 S Church, Chicago, IL 60643 (the "Property"), or dismiss the case. The Required Statement is attached hereto as **Exhibit A**, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on October 24, 2018.

2. A Chapter 13 Plan was confirmed on March 11, 2019.

3. The Debtors have executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $201,700.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit B**. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain mortgage ("the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Mortgage are secured by the Property. A true and correct copy of the Mortgage is attached hereto as **Exhibit C**.

5. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage. A true and correct copy of the Assignment of Mortgage is attached hereto as **Exhibit D**.

6. As of August 14, 2019, the outstanding amount of the Obligations is $174,257.17.

7.      In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred legal fees and $181.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the United States Bankruptcy Code and otherwise applicable law.

8.      The Debtors' plan calls for the Debtors to make post-petition mortgage payments to the Movant.

9.      The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtors:

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 2 | 6/5/2019 | 7/5/2019 | $1,625.85 | $3,251.70 |
| 1 | 8/5/2019 | 8/5/2019 | $1,692.67 | $1,692.67 |
| Less partial payments: | | | | $824.75 |

**Total: $4,119.62**

A post-petition payment history is attached hereto as **Exhibit E.**

10.      The estimated market value of the Property is $286,000.00. The basis for such valuation is Amended Schedule A of Debtors' petition.

11.      Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant is $198,567.25.

12.      Cause exists for relief from the automatic stay for the following reasons:

    a.    Post-confirmation payments required by the confirmed plan have not been made to Movant.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following, or dismiss the case:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Respectfully submitted,

By:   /s/ Jill Sidorowicz
Jill Sidorowicz #6299380
Noonan & Lieberman, Ltd.
105 West Adams Street, Suite 1800
Chicago, Illinois 60603
P: (312) 605-3500
F: (312) 605-3501
NL File: 1889-170

*Counsel for McCormick 105, LLC*