**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____ Case No. _____ Chapter \_\_\_\_\_

All Cases: Moving Creditor _____ Date Case Filed _____

Nature of Relief Sought:  ☐ Lift Stay        ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
  ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a.   ☐ Home
   b.   ☐ Car   Year, Make, and Model _____
   c.   ☐ Other (describe)_____

2. Balance Owed as of August 14, 2019   $ _____
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____

5. Default
   a.   ☐ Pre-Petition Default
       Number of months _____        Amount $ _____

   b.   ☐ Post-Petition Default
       i.   ☐ On direct payments to the moving creditor
           Number of months _____        Amount $ _____

       ii.  ☐ On payments to the Standing Chapter 13 Trustee
           Number of months _____        Amount $ _____

6. Other Allegations
   a.   ☐ Lack of Adequate Protection  § 362(d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid        Amount $ _____
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other (describe) _____

   b.   ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.   ☐ Other "Cause" § 362(d)(1)
       i.   ☐ Bad Faith (describe)_____
       ii.  ☐ Multiple Filings
       iii. ☐ Other (describe) _____

   d.   Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____     _____
                                                                   Counsel for Movant
(Rev. 12 /21/09)