EXHIBIT E

| Name | Nash, Deborah | | | | | |
|---|---|---|---|---|---|---|
| Loan # | 1406544184 | | | | | |
| Case # | 18-29847 | | | | | |
| Chapter # | 13 | | | | | |
| Date BK Filed | 10/24/2018 | | | | | |
| 1st Post Due Date | 11/5/2018 | | | | | |
| | | Check # | Date Received | Amount Received | Applied To Date | Amount Due | Suspense |
| | | 1732 | 12/11/2018 | $1,241.90 | suspense | | $1,241.90 |
| | | 1733 | 1/5/2019 | $1,241.90 | 11/5/2018 | $1,625.85 | $857.95 |
| | | 1734 | 2/14/2019 | $1,241.90 | 12/5/2018 | $1,625.85 | $474.00 |
| | | 1738 | 3/5/2019 | $1,625.00 | 1/5/2019 | $1,625.85 | $473.15 |
| | | **1154** | **4/19/2019** | **$1,725.00** | 2/5/2019 | $1,625.85 | $572.30 |
| | | **1001** | **5/3/2019** | **$1,100.00** | 3/5/2019 | $1,625.85 | $46.45 |
| | | **1002** | **5/20/2019** | **$700.00** | | | $746.45 |
| | | **1003** | **6/5/2019** | **$1,700.00** | 4/5/2019 | $1,625.85 | $820.60 |
| | | **1005** | **7/3/2019** | **$1,630.00** | 5/5/2019 | $1,625.85 | $824.75 |
| | | | | | 6/5/2019 | $1,625.85 | |
| | | | | | 7/5/2019 | $1,625.85 | |
| | | | | | 8/5/2019 | $1,692.67 | |
| | | | | | TOTAL DUE: | $16,325.32 | |
| | | | | | TOTAL PAID: | $12,205.70 | |
| | | | | | TOTAL DELINQUENT: | **$4,119.62** | |