# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| In Re: | Case No. 18-29847 |
| Deron V. Truman<br>Deborah J. Nash | Chapter 13 |
| Debtor(s). | Hon. Judge Jacqueline P. Cox |

## NOTICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES IV TRUST TO SET HEARING REGARDING FIRST AND SECOND MORTGAGE CLAIMS

**VIA ELECTRONIC NOTICE:**

   Thomas H. Hooper, Office of the Chapter 13 Trustee
   55 E. Monroe St., Suite 3850, Chicago, IL 60603

   David M Siegel, David M. Siegel & Associates
   790 Chaddick Drive, Wheeling, IL 60090

**VIA U.S. MAIL:**

   Deron V. Truman, Debtor, 10922 Church St, Chicago, IL 60643

   Deborah J. Nash, Debtor, 10922 Church St, Chicago, IL 60643

PLEASE TAKE NOTICE that on November 8, 2021, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust to Set Hearing, a copy of which is hereto attached.

Please take notice that on November 15, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the attached *Motion of U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust to Set Hearing,* which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting

ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 1612732896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.
.

Dated: November 8, 2021            Respectfully Submitted,

                                           /s/ Jon J. Lieberman
                                           Jon J. Lieberman (OH 0058394)
                                           Sottile & Barile, Attorneys at Law
                                           394 Wards Corner Road, Suite 180
                                           Loveland, OH 45140
                                           Phone: 513.444.4100
                                           Email: bankruptcy@sottileandbarile.com
                                           Attorney for Movant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on November 8, 2021, before the hour of 5:00 p.m.

                                           /s/ Jon J. Lieberman
                                           Jon J. Lieberman (OH 0058394)
                                           Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-29847 |
| Deron V. Truman<br>Deborah J. Nash | Chapter 13 |
| Debtor(s). | Hon. Judge Jacqueline P. Cox |

**MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES IV TRUST TO SET HEARING REGARDING FIRST AND SECOND MORTGAGE CLAIMS**

NOW COMES U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust (hereinafter, "Movant"), a secured creditor herein, by and through its attorneys, the law firm of Sottile & Barile, LLC, and files with the Court this Motion to Set Hearing and in support thereof states as follows:

1. On July 23, 2009, the Debtors did execute a certain Note in the amount of $201,700.00 (Exhibit A), secured by a First Mortgage on the Debtors' principal residence commonly known as 10922 South Church Street, Chicago, IL 60643 (Exhibit B).

2. SN Servicing Corporation (hereinafter, "SN"), as servicer for Movant recently acquired servicing rights to the first mortgage. There are two (2) mortgages on the Debtors' principal residence. Selene Servicing previously serviced both mortgages, and remains the servicer on the second mortgage. SN has conducted an audit of the loan, and determined that during the time Selene serviced both loans, Selene received approximately $8896.72 in disbursements from the Trustee's office that

were intended to be applied to the second mortgage, but instead were applied to the first mortgage by Selene.

3. Debtor would like SN to send back to Selene the money received from the Trustee's office that Selene misapplied to the first mortgage, and have Selene correctly apply it to the second mortgage.

4. As the funds that were misapplied by Selene originated from the Trustee's office, SN believes that SN must return those misapplied funds to the Trustee's office, and not directly to Selene, to be applied correctly to the second mortgage.

5. Movant seeks a Court Order allowing SN to forward the $8896.72 to the Trustee's office, and for the Trustee to then be allowed to forward those funds to Selene for proper application to the second mortgage. The Trustee wishes to be included in the final preparation of any such Order, as the Trustee has indicated that this may cause difficulties procedurally.

**WHEREFORE**, Movant prays this Court enter an Order to set hearing, and for such other and further relief as this Court may deem just and proper.

Dated: November 8, 2021                    Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant