UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-29847 |
| Deron V. Truman and Deborah J. Nash | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER ON MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES IV TRUST TO MODIFY AUTOMATIC STAY**

This matter having come before the Court upon the Motion to Modify Automatic Stay filed by the secured creditor, U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, and/or its assigns ("Movant"), the parties have agreed to the following terms regarding the automatic stay:

1. The Debtors' Chapter 13 Plan provides that the Debtors must make regular monthly payments directly to Movant regarding property located at 10922 South Church Street, Chicago, IL 60643 ("Property").
2. Debtors have become post-petition current for regular monthly mortgage payments subsequent to the filing of the Motion for Relief. Debtor is currently post-petition due for the November 5, 2022 payment, minus $1,059.93 in suspense.
3. In order to eliminate the remaining post-petition delinquency of $1,238.00 for the attorney fee and cost for the Motion for Relief, Movant will file a Notice of Post-Petition Mortgage Fees and Expenses to be paid through the Chapter 13 Plan within 30 days of entry of this order and Debtors will file a Motion to Modify Plan within 30 days of entry of this order to care for the Notice of Post-Petition Mortgage Fees and Expenses.
4. The regular monthly payments will resume beginning with the November 05, 2022 payment in the amount of $1,737.78.
5. All payments are to include the Debtors' account number and should be sent to:
SN Servicing
P.O. Box 660820
Dallas, TX 75266
6. In the event that the Debtors should fail to pay any future monthly payment so that payment is not received by Movant by the day upon which it is contractually due, Movant will give fourteen (14) days' notice to Debtors and their attorney and file a Notice of Default with the Court with a Certificate of Service. If the Debtors fail to cure the default
by the date set forth in the Notice of Default, the stay will modified as to not restrain Movant from pursuing in rem non bankruptcy remedies upon filing of a Notice of Stay modification and notice to the Debtors and their attorney with the fourteen (14) day Notice of Default Letter.

/s/ John J. Lieberman
Jon J. Lieberman (OH 0058394) Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180  Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com Attorney for Movant

/s/ David M. Siegel
David M Siegel
David M. Siegel & Associates 790 Chaddick Drive
Wheeling, IL 60090
847 520-8100
Email: davidsiegelbk@gmail.com

                          Enter:  *Jacqueline P. Cox*
                                             Honorable Jacqueline Cox

Dated:  October 31, 2022                             United States Bankruptcy Judge